IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSEOVSKI, | No. 2:16-CV-2491-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| McCLOUD HEALTHCARE CLINIC, INC., | |
| Defendant. | |
| _____/ | |

   Plaintiff, who is proceeding with retained counsel, brings this civil action pursuant to 18 U.S.C. § 2520 (First Claim for Relief) as well as various state law provisions. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. <u>See</u> 28 U.S.C. § 636(c). An initial status/scheduling conference was held in this matter on November 29, 2017, at 10:00 a.m. before the undersigned in Redding, California. Benjamin Kennedy, Esq., appeared for plaintiff(s). Paul Meidus, Esq., appeared for defendant(s).

   Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

1. No further joinder of parties or amendments to the pleadings is permitted without leave of court for good cause shown.

2. Jurisdiction and venue are not contested.

3. Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) have been exchanged.

4. The parties shall exchange initial lists of expert witnesses no later than July 20, 2018. The parties shall exchange lists of any rebuttal expert witnesses no later than July 31, 2018. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

5. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by August 20, 2018.

6. All other pre-trial motions, including dispositive motions, shall filed no later than May 12, 2018, and be noticed to be heard by October 8, 2018.

7. The pre-trial conference is set for November 5, 2018, at 10:00 a.m. before the undersigned in Redding, California. Separate pre-trial statements shall be filed pursuant to Local Rule 281.

8. Jury trial of this matter is set for December 3, 2018, at 9:00 a.m. before the undersigned in Sacramento, California.

IT IS SO ORDERED.

DATED: January 23, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE