**Mark A. Vegh, SBN 173414**
**WELLS, SMALL, FLEHARTY & WEIL**
**A Law Corporation**
**292 Hemsted Drive, 2nd Floor**
**P.O. Box 991828**
**Redding, CA   96099-1828**
**(530) 223-1800**
**Fax: (530) 223-1809**

**Attorneys for** Defendant


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| CHRISTOPHER BOSEOVSKI,           ) | Case No. 2:16-CV-02491-CMK |
| )| |
| Plaintiff,           ) | STIPULATION AND ORDER TO |
| )| EXTEND CERTAIN DEADLINE DATES |
| vs.           ) | IN RULE 16(b) SCHEDULING ORDER |
| )| |
| McCLOUD HEALTHCARE CLINIC, INC.,           ) | |
| )| Judge:   Honorable Craig M. Kellison |
| Defendant.           ) | |
| _____ )| |


IT IS HEREBY STIPULATED by and between the parties that:

The dates for discovery cut-off and certain other deadlines set forth in the Court's

Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b), filed on January 23,

2018, be extended to the following dates, for the reason that after such Scheduling Order was

filed the Court approved the substitution of new counsel of record for defendant, and therefore

the parties agree that such extensions of time are reasonable and appropriate:

1

1.     The parties shall exchange initial lists of expert witnesses no later than January 18, 2019.

2.     The parties shall exchange lists of any rebuttal witnesses no later than January 29, 2019.

3.     Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by February 18, 2019.

4.     All other pre-trial motions, including dispositive motions, shall be filed no later than November 13, 2018, and be noticed to be heard by April 8, 2019.

5.     The pre-trial conference is set for May 6, 2019, at 10:00 a.m. before the assigned United States Magistrate Judge in Redding, California.

6.     Jury trial of this matter is set for June 3, 2019, at 9:00 a.m. before the assigned United States Magistrate Judge in Sacramento, California.

IT IS SO STIPULATED.

DATED: May ___, 2018                    CARR, KENNEDY, PETERSON & FROST


                                        By s/Benjamin L. Kennedy
                                            Benjamin L. Kennedy
                                            Attorneys for Plaintiff


DATED: May ___ 2018                     WELLS, SMALL, FLEHARTY & WEIL


                                        By _____
                                            Mark A. Vegh
                                            Attorneys for Defendant

# ORDER

IT IS SO ORDERED.

Dated:   May 30, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE