# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSEOVSKI, | No. 2:16-CV-2491-DMC |
| Plaintiff, | |
| v. | ORDER |
| McCLOUD HEALTHCARE CLINIC, INC., | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the court's own motion and good cause appearing therefor, the matter is set for a status conference before the undersigned in Redding, California, on February 13, 2019, at 10:00 a.m. Counsel are requested to personally appear and advise the court on trial readiness. The parties are not required to file any written status conference statements.

IT IS SO ORDERED.

Dated: January 18, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1