**Mark A. Vegh, SBN 173414**
**WELLS, SMALL, FLEHARTY & WEIL**
**A Law Corporation**
**292 Hemsted Drive, 2nd Floor**
**P.O. Box 991828**
**Redding, CA    96099-1828**
**(530) 223-1800**
**Fax: (530) 223-1809**

**Attorneys for** Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSEOVSKI, | Case No. 2:16-CV-02491-DMC |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINE DATES |
| vs. | |
| McCLOUD HEALTHCARE CLINIC, INC. | Judge:   Honorable Dennis M. Cota |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that:

The dates for discovery cut-off and certain other deadlines set forth in the Stipulation and Order signed by the Court on May 30, 2018, and filed on May 31, 2018, be extended to the following dates, for the reason that the parties believe that further settlement discussions, including additional discovery and private mediation, would be productive in attempting to

1
_____
STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINE DATES

settle this matter, and therefore the parties agree that such extensions of time are reasonable and appropriate:

1. The parties shall exchange initial lists of expert witnesses no later than April 30, 2019.

2. The parties shall exchange lists of any rebuttal witnesses no later than May 14, 2019.

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by May 31, 2019.

4. All other pre-trial motions, including dispositive motions, shall be filed no later than June 28, 2019, and be noticed to be heard by August 5, 2019.

5. The pre-trial conference is set for September 9, 2019, at 10:00 a.m. before United States Magistrate Judge Dennis M. Cota, in Redding, California.

6. Jury trial of this matter is set for October 7, 2019, at 9:00 a.m. before United States Magistrate Judge Dennis M. Cota, in Sacramento, California.

STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINE DATES IN RULE 16(b) SCHEDULING ORDER

IT IS SO STIPULATED.

DATED: January ___, 2019                    CARR, KENNEDY, PETERSON & FROST


                                            By s/Benjamin L. Kennedy
                                                Benjamin L. Kennedy
                                                Attorneys for Plaintiff


DATED: January ___ 2019                     WELLS, SMALL, FLEHARTY & WEIL


                                            By _____
                                                Mark A. Vegh
                                                Attorneys for Defendant


## ORDER

The parties' stipulation, outlined above, is approved **EXCEPT** the pre-trial conference, currently set for May 6, 2019, and the jury trial, currently set to commence on June 3, 2019, are VACATED and will be re-set by separate order following the close of discovery and resolution of any pre-trial dispositive motions.

IT IS SO ORDERED.

Dated:   January 30, 2019

                                            _____
                                            DENNIS M. COTA
                                            U. S. MAGISTRATE JUDGE