**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BOSEOVSKI, <br><br> Plaintiff, <br><br> v. <br><br> McCLOUD HEALTHCARE CLINIC, INC., <br><br> Defendant. | No. 2:16-CV-2491-DMC <br><br><br> ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. Due to the closure of the Redding courthouse on February 13, 2019, the status conference in this matter is hereby re-set to March 6, 2019, at 10:00 a.m., before the undersigned in Redding, California. Counsel are requested to personally appear and advise the court on trial readiness. The parties are not required to file any written status conference statements.

      IT IS SO ORDERED.

Dated: February 14, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1