**Mark A. Vegh, SBN 173414**
**WELLS, SMALL, FLEHARTY & WEIL**
**A Law Corporation**
**292 Hemsted Drive, 2nd Floor**
**P.O. Box 991828**
**Redding, CA   96099-1828**
**(530) 223-1800**
**Fax: (530) 223-1809**

**Attorneys for** Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSEOVSKI, ) | Case No. 2:16-CV-02491-CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND CERTAIN DEADLINE DATES |
| vs. ) | |
| ) | |
| McCLOUD HEALTHCARE CLINIC, INC. | Judge:  Honorable Dennis M. Cota |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties that:

The dates for designation of expert witnesses, rebuttal witness list, and discovery cut-off set forth in the Stipulation and Order signed by the Court and filed on January 30, 2019, be extended to the following dates, for the reason that the parties believe that further settlement discussions, including additional discovery and private mediation, would be

productive in attempting to settle this matter, and therefore the parties agree that such extensions of time are reasonable and appropriate:

1. The parties shall exchange initial lists of expert witnesses no later than July 1, 2019.

2. The parties shall exchange lists of any rebuttal witnesses no later than July 15, 2019.

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 31, 2019.

IT IS SO STIPULATED.

DATED: April 19, 2019     CARR, KENNEDY, PETERSON & FROST

By /s/ Benjamin L. Kennedy
Benjamin L. Kennedy
Attorneys for Plaintiff

DATED: April 19 2019     WELLS, SMALL, FLEHARTY & WEIL

By /s/ Mark A. Vegh
Mark A. Vegh
Attorneys for Defendant

**ORDER**

      THE PARTIES' STIPULATION IS APPROVED. PRE-TRIAL DISPOSITIVE MOTIONS SHALL BE FILED WITHIN 60 DAYS FOLLOWING THE CLOSE OF DISCOVERY. IT IS SO ORDERED.

Dated: May 7, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE