**Mark A. Vegh, SBN 173414**
**WELLS, SMALL, FLEHARTY & WEIL**
**A Law Corporation**
**292 Hemsted Drive, 2nd Floor**
**P.O. Box 991828**
**Redding, CA   96099-1828**
**(530) 223-1800**
**Fax: (530) 223-1809**

**Attorneys for** Defendant


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| CHRISTOPHER BOSEOVSKI, | ) | Case No. 2:16-CV-02491-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND CERTAIN DEADLINE DATES |
| vs. | ) | |
| | ) | |
| McCLOUD HEALTHCARE CLINIC, INC. | | Judge:   Honorable Dennis M. Cota |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


IT IS HEREBY STIPULATED by and between the parties that:

The dates for designation of expert witnesses, rebuttal witness list, and discovery cut-off set forth in the Stipulation and Order signed by the Court and filed on January 30, 2019, be extended to the following dates, for the reason that the parties believe that further settlement discussions, including additional discovery and private mediation, would be

1

productive in attempting to settle this matter, and therefore the parties agree that such extensions of time are reasonable and appropriate:

1.      The parties shall exchange initial lists of expert witnesses no later than July 1, 2019.

2.      The parties shall exchange lists of any rebuttal witnesses no later than July 15, 2019.

3.      Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 31, 2019.

IT IS SO STIPULATED.

DATED: April ___, 2019                          CARR, KENNEDY, PETERSON & FROST


By _____
        Benjamin L. Kennedy
        Attorneys for Plaintiff


DATED: April ___ 2019                           WELLS, SMALL, FLEHARTY & WEIL


By _____
        Mark A. Vegh
        Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   May 15, 2019

---
DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE