Benjamin L. Kennedy, State Bar No. 232889
CARR, KENNEDY, PETERSON & FROST
420 Redcliff Drive
Redding, California 96002
Email: bkennedy@ckpf.com
(530) 222-2100; FAX (530) 222-0504

T. James Fisher, State Bar No. 64079
1721 Court Street
P. O. Box 990460
Redding, California 96099-0460
Email: fisherlawoffice@sbcglobal.net
(530) 244-0909; FAX (530) 244-0923

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSEOVSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> McCLOUD HEALTHCARE CLINIC, INC, ) <br> ) <br> a California corporation, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 2:16-CV-02491-DMC <br><br> STIPULATION FOR DISMISSAL <br> WITH PREJUDICE; <br> ORDER |

**NOTICE IS HEREBY GIVEN** that Plaintiff and Defendant stipulate to voluntarily dismiss the above-captioned action with prejudice. The parties have entered into a settlement agreement in this matter and the terms of the settlement agreement have been satisfied.

/ / / /

Dated: February 26, 2020

                              CARR, KENNEDY, PETERSON & FROST

                              By: /s/ Benjamin L. Kennedy
                                  Benjamin L. Kennedy
                                  Attorney for Plaintiff

                              WELLS, SMALL, FLEHARTY & WEIL

                              By: /s/ Mark A. Vegh
                                  Mark A. Vegh
                                  Attorney for Defendant

**ORDER**

The parties have resolved this matter and request that this case be dismissed with prejudice.

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated: February 28, 2020

                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE